IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00907-WYD-KLM

ESTATE OF HERMAN ORTIZ,

    Plaintiff,

v.

LITHIA MOTORS, INC., d/b/a LITHIA DODGE OF CHERRY CREEK; and
LITHIA CHERRY CREEK DODGE, INC., d/b/a LITHIA DODGE OF CHERRY CREEK,

    Defendants.
_____

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND
SETTING SCHEDULING CONFERENCE**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court pursuant to the Order to Show Cause issued on June 30, 2008, directing Plaintiff to cure its filing fee deficiency by July 11, 2008 [Docket No. 5]. The Court has now received full payment of Plaintiff's filing fee [Docket No. 9]. As such,

    IT IS HEREBY **ORDERED** that the Order to Show Cause [#5] is **DISCHARGED**.

    IT IS FURTHER **ORDERED** that a Scheduling Conference is set for **October 1, 2008 at 9:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **September 26, 2008.**

    Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **September 26, 2008.** Parties not

participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse. The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification. *See* D.C.COLO.LCivR 83.2B.

Dated: July 15, 2008

BY THE COURT:

s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix