IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00907-PAB-KLM


ESTATE OF HERMAN ORTIZ,

        Plaintiff,

v.

LITHIA MOTORS, INC., d/b/a LITHIA DODGE OF CHERRY CREEK; and
LITHIA CHERRY CREEK DODGE, INC., d/b/a LITHIA DODGE OF CHERRY CREEK,

        Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

        This matter is before the Court on Plaintiff's **Unopposed Motion to Reset the Settlement Conference Currently Scheduled for May 4, 2010** [Docket No. 56; Filed May 4, 2010] (the "Motion").

        This matter was set for a Settlement Conference on May 3, 2010.  One business day prior to the conference, Defendants requested that the Court reset the Settlement Conference to May 4, 2010 [Docket No. 52] and the Court did so [Docket No. 55]. Unfortunately, there was a miscommunication about Plaintiff's counsel's availability on May 4, 2010.  As such, the present Motion seeks to reset the Settlement Conference to the Court's first available afternoon, July 20, 2010.

        IT IS HEREBY **ORDERED** that Motion is **GRANTED in part**.  The Settlement Conference set for May 4, 2010 is **VACATED** and **RESET** to **July 20, 2010 at 1:30 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  As per my prior Order [#55], Defendants' representatives may participate by telephone.  The parties have already submitted their required Confidential Settlement Statements.  To the extent that they would like to submit updated settlement positions, they may do so by **July 13, 2010**.

        **No party or attorney may make plans to leave or leave the scheduled settlement conference before 5:30 p.m. without obtaining express permission from the Court in advance.  Any party or attorney who schedules travel which requires departure from the settlement conference before 5:30 p.m. WILL BE REQUIRED TO MAKE ALTERNATE PLANS if the case has not settled by the departure time.**

Anyone seeking entry into the Alfred A. Arraj United States Courthouse or the Byron Rogers United States Courthouse will be required to show <u>valid photo identification.</u>  *See* D.C.COLO.LCivR 83.2B.

To the extent that Plaintiff suggests that the Court *sua sponte* set the Settlement Conference for an earlier date should one become available,

IT IS FURTHER **ORDERED** that the Motion is **DENIED in part**.  The parties are free to contact the Court on a periodic basis to determine if additional settings for settlement conferences have become available, but the Court will not do so *sua sponte*.

Dated: May 3, 2010