IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00907-PAB-KLM

ESTATE OF HERMAN ORTIZ,

    Plaintiff,

v.

LITHIA MOTORS, INC., d/b/a LITHIA DODGE OF CHERRY CREEK; and
LITHIA CHERRY CREEK DODGE, INC., d/b/a LITHIA DODGE OF CHERRY CREEK,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on counsel **George C. Price's Motion to Withdraw** [Docket No. 62; Filed June 3, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Attorney George C. Price is relieved of any further representation of Plaintiff in the above-captioned matter. The Clerk is instructed to terminate him as counsel of record, and to remove his name from the electronic certificate of mailing.

Dated: June 7, 2010